**Duane W. LARSON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 00–55185.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2001[1].

Decided Jan. 25, 2001.

Before BEEZER, O'SCANNLAIN, and KLEINFELD, Circuit Judges.

## MEMORANDUM[2]

Duane W. Larson appeals pro se the judgment issued by the district court in his

---

---

1. The panel unanimously finds this case suitable for decision without oral argument and denies Larson's April 14, 2000 motion for oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publi-

tax refund action. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm for the reasons stated in the district court's Statement of Uncontroverted Facts and Conclusions of Law and Minute Order, both dated November 24, 1999.

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.